T. Jason Wood, Esq.
WOOD LAW GROUP, PC
1488 Midway Avenue
Idaho Falls, ID  83406
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email:  jason@woodlaw.net
Idaho State Bar No. 5016

  Attorneys for Plaintiffs


IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Estate of CHRISTOPHER E. JOHNSON, for himself and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>CACH, LLC, and MANDARICH LAW GROUP, LLP,<br><br>  Defendants. | Case No. 1:16-cv-00383-BLW<br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF MANDARICH LAW GROUP, LLP |

Pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, Plaintiff Estate of Christopher E. Johnson, by and through counsel of record, hereby gives notice of its voluntary dismissal of defendant Mandarich Law Group, LLP, for the reason that the parties have fully compromised and settled the dispute which is the subject of this litigation, said dismissal being *with prejudice* and with both parties bearing their own respective attorney fees and costs incurred herein.

DATED this 19th day of April, 2019.

WOOD LAW GROUP, PC

By:  /s/ _____
T. Jason Wood, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

William T. Sali:     billsali@juno.com

WOOD LAW GROUP, PC

By:  /s/ _____
T. Jason Wood, Esq.

C:\Users\Sams Club\Box\WLG\TJW\4133.001 JOHNSON, CHRIS\PLEADINGS\040 Ntc Vol Dismiss.wpd